1 | CHRISTOPHER CHIOU
2 | Acting United States Attorney
  | District of Nevada
3 | Nevada Bar No. 14853
4 | ALLISON J. CHEUNG, CSBN 244651
  | Special Assistant United States Attorney
5 | 160 Spear Street, Suite 800
  | San Francisco, California 94105
6 | Telephone: (415) 977-8942
  | Facsimile: (415) 744-0134
7 | E-Mail: allison.cheung@ssa.gov
8 | Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JUSTINE BELLINSKY, | ) |
| Plaintiff, | ) Case No.: 2:20-cv-01734-BNW |
| vs. | ) **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO BE RELIEVED OF PROVIDING CD AND HARD COPIES OF CERTIFIED ADMINISTRATIVE RECORD** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon Defendant's Motion to be Relieved of Providing CD and Hard Copies of Certified Administrative Record, and for good cause shown, **IT IS ORDERED** that Defendant be relieved of providing CD or hard copies of the Certified Administrative Record (CAR) to the Court and to Plaintiff. The Court further **ORDERS** that Defendant may file an electronic copy of the CAR (e-CAR) under seal in CM/ECF.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 13, 2021